**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER 8:12-bk-05234-CPM
　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
IN RE:

Yvonne Elaine Green
　　　　　Debtor[1]
_____/


**ORDER GRANTING MOTION TO DISMISS CONFIRMED CHAPTER 13 CASE**
(EFFECTIVE DATE OF THIS ORDER IS 14 DAYS FROM THE DATE OF ENTRY)

　　　THIS CASE came on consideration for the purpose of the entry of an appropriate order following the entry of an Order Reserving Ruling on Trustee's Motion to Dismiss for Failure to Make Payments and Granting Period to Cure Default on March 19, 2015 (Doc. #74). By submission of this Order Dismissing the Chapter 13 Case, the Trustee advises the Court that the Debtor[1] failed to comply with the Order, it is therefore

　　　**ORDERED**:

　　　1.　　The Motion to Dismiss is granted.

　　　2.　　This case is DISMISSED without prejudice.

　　　3.　　The Trustee shall deduct his normal percentage thereof as necessary costs and expenses from sums collected pursuant to section 1326(a)(2)[2], together with any fee, charge, or amount allowed under 28 U.S.C. § 586 (e) (2)..

　　　4.　　The Trustee shall disburse to Creditors any monies not previously disbursed pursuant to the Order Confirming Plan and shall thereafter file his final report, upon which filing, he will be discharged of his duties as Trustee.

---

[1] All references to "Debtor" include and refer to both of the Debtor in a case filed jointly by two individuals.
[2] Unless otherwise states, all statutory references are to the United States Bankruptcy Code, 11 U.S.C. § 101, et. Seq.

5. The effective date of this order is delayed fourteen (14) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.

6. All pending hearings are canceled.

Dated: April 15, 2015

Catherine Peek McEwen
United States Bankruptcy Judge

Chapter 13 Trustee, Jon M. Waage is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

JMW/kja                                               C13T  4/15/15