[8odmrfee] [Order Denying Motion to Reopen]

ORDERED.

Dated: November 5, 2015

*Catherine Peek McEwen*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:	Case No. 8:12–bk–05234–CPM
	Chapter 13

Yvonne Elaine Green

_____Debtor*_____/

ORDER DENYING MOTION TO REOPEN

THIS CASE came on for consideration upon the Court's own Motion for the purpose of entering an appropriate Order. The Court, having considered the record, finds that the debtor has filed a Motion to Reopen Case but said Motion is deficient as follows:

The prescribed filing fee of $235.00, as required by the Bankruptcy Court Miscellaneous Fee Schedule, Item 11 – Reopening Fee, issued in accordance with USC Section 1930 and Federal Rule of Bankruptcy Procedure 4007(b), was not paid. Accordingly, it is

**ORDERED** that the Motion to Reopen is denied, without prejudice to the Movant to resubmit the Motion accompanied by the prescribed filing fee.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.