ORDERED.

**Dated:  December 11, 2015**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts,gov**

In re:
YVONNE ELAINE GREEN                    CASE  NO.:  8:12-bk-05234-CPM
                                       Chapter 13

        Debtor.
_____/

### <u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>

        This matter came on before the Court on Debtor's Attorney's Motion to Withdraw As

Counsel (Doc. No.76).  This matter came before the court on December 9, 2015, with both the

Debtor's Attorney, Thomas D. Pulliam, and the Debtor, Yvonne Elaine Green, present, and

based on the information presented to the Court at said hearing,

Accordingly, it is

        **ORDERED**:

        1.   Debtor's Attorney, Thomas D. Pulliam's Motion To Withdraw As Counsel is hereby

**GRANTED**.

        2.   All further orders, notices, etc., shall be sent to the Debtor directly as 811 Channing

Road, Lakeland, FL  33805, until such time if any that other counsel shall submit a notice of

appearance.


Attorney Thomas D. Pulliam is directed to serve a copy of this order on interested parties who
are non-CM/ECF users and file a proof of service within 3 days of entry of the order.