

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/09/2015 02:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:12-bk-05234-CPM | 13 | 04/05/2012 |

Chapter 13

**DEBTOR:**   Yvonne Green

**DEBTOR ATTY:**   Thomas Pulliam

**TRUSTEE:**   Jon Waage

**HEARING:**

Motion to Reopen Chapter 13 Case.   Filed by Debtor Yvonne Elaine Green (related document(s)[83]). (Doc #85)

**APPEARANCES:**:
YVONNE GREEN; DEBTOR'S DAUGHTER; THOMAS PULLIAM; <B>ALLISON THOMPSON<B>

**RULING:**
Motion to Reopen Chapter 13 Case.   Filed by Debtor Yvonne Elaine Green (related document(s)[83]). (Doc #85).. GRANTED; VACATE ORDER OF DISMISSAL & CASE REINSTATED; BEGIN PAYMENTS OF $2,558/MO JANUARY & CONTINUE THROUGH JULY; 2014 TAX RETURN FILED...ORDER BY WAAGE...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.