United States Bankruptcy Court
Middle District of Florida

In re:  
Yvonne Elaine Green  
      Debtor

Case No. 12-05234-CPM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-8      User: berrid      Page 1 of 1      Date Rcvd: Dec 14, 2015  
                       Form ID: pdfdoc3      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2015.  
db            +Yvonne Elaine Green,    811 Channing Rd,    Lakeland, FL 33805-3709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2015                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2015 at the address(es) listed below:  
            Brad W. Hissing    on behalf of Creditor    Publix Employees Federal Credit Union  
             bankruptcynotices@kasslaw.com,   bankruptcynotices@yahoo.com  
           Elizabeth A Cleveland    on behalf of Creditor    W. S. Badcock Corporation (AW)  
             amanda.whaley@badcock.com,  
             sharon.waters@badcock.com;debbie.richey@badcock.com;frida.jackson@badcock.com  
           Jon Waage    jwflecf@trustee13.com  
           Thomas D. Pulliam    on behalf of Debtor Yvonne Elaine Green pulliamaty@aol.com  
           Traci K. Stevenson    on behalf of Mediator Traci K Stevenson tracikstevenson@gmail.com,  
             tks@trustesolutions.net;alishamariehall@gmail.com;tafllc@verizon.net  
           Victor H Veschio    on behalf of Creditor    Paragon Morgage Holdings, LLC VVESCHIO@GIBBLAW.COM,  
             DPURVIS@GIBBLAW.COM  
                                                                                                            TOTAL: 6

ORDERED.

Dated:  December 11, 2015

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts,gov

In re:
YVONNE ELAINE GREEN

CASE  NO.: 8:12-bk-05234-CPM
Chapter 13

Debtor.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came on before the Court on Debtor's Attorney's Motion to Withdraw As Counsel (Doc. No.76).  This matter came before the court on December 9, 2015, with both the Debtor's Attorney, Thomas D. Pulliam, and the Debtor, Yvonne Elaine Green, present, and based on the information presented to the Court at said hearing,

Accordingly, it is

**ORDERED**:

1.   Debtor's Attorney, Thomas D. Pulliam's Motion To Withdraw As Counsel is hereby **GRANTED**.

2.   All further orders, notices, etc., shall be sent to the Debtor directly as 811 Channing Road, Lakeland, FL  33805, until such time if any that other counsel shall submit a notice of appearance.

Attorney Thomas D. Pulliam is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.