UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8-12-bk-05234-CPM
Chapter 13

Yvonne Elaine Green

    Debtor.
_____/

MOTION FOR REHEARING ON DEBTOR'S EXPARTE
MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. SECTION 350(b)

COMES NOW Jon M. Waage, the Chapter 13 Standing Trustee, by and through his undersigned counsel, and hereby files his Motion for Rehearing on Debtor's Exparte Motion to Reopen Case Pursuant to 11 U.S.C. Section 350(b)(Doc. No. 85) and in support thereof states as follows:

1. The Chapter 13 bankruptcy case was filed April 5, 2012.

2. The Case was dismissed April 15, 2015 for lack of payment.

3. Debtor filed the Motion to Reopen Case on November 10, 2015.

4. The Debtors Motion for Motion to Reopen Case was heard on December 9, 2015.

5. At the hearing it appeared that the Debtor was delinquent $8,953.00, however this was the delinquency amount due at the time the final report and account was filed following dismissal. The Debtor was actually delinquent $14,069.00 as of December 9, 2015.

6. The oral ruling which has not yet been reduced to an order, required the Debtor to begin payments of $2,558.00 per month in January and continue through July. To cure the delinquency of $14,069.00, Debtor would have to increase payments through November 2016.

WHEREFORE, the Trustee respectfully requests that the Debtor's Motion to Reopen Case be Reconsidered.

    */s/* Allison D. Thompson
    Fla. Bar No. 36981
    Staff Attorney for Jon M. Waage

                                                Chapter 13 Standing Trustee
                                                P.O. Box 25001
                                                Bradenton, FL 34206-5001
                                                (941) 747-4644
                                                Fax No. (941) 750-9266

<u>CERTIFICATE OF SERVICE</u>

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Rehearing on Debtor's Exparte Motion to Reopen Case Pursuant to 11 U.S.C. Section 350(b) has been furnished electronically and/or by First Class US Mail to **Yvonne Elaine Green**, Debtor, 811 Channing Road, Lakeland, FL 33805 and **Thomas D. Pulliam, Esquire**, Attorney for Debtor, PO Box 2185, Lakeland, FL 33806-2185 on this 30th day of December, 2015.

                                                                         *Isl* <u>Allison D. Thompson</u>